# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**
420 Lexington Ave., Ste 2821
New York, New York 10170
T. 212.681.6400

**Long Island**
600 Old Country Rd., Ste. 410
Garden City, New York 11530
T. 516.858.2115

October 16, 2024

<u>**Via ECF**</u>

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 10D South
Brooklyn, New York 11201

    Re:    *Tatari v. Durust*
              <u>Case No. 1:24-cv-06930-CBA-SJB</u>

Dear Judge Amon:

    This firm represents the Petitioner in the above captioned Hague Convention proceeding. We write jointly with consent of Respondent's counsel. On October 10, 2024, the parties appeared before the Court. The Court had previously ordered that the Respondent not remove the subject child from the jurisdiction of the Eastern District of New York. [ECF No. 7].

    On consent of the parties, enclosed herewith, is a proposed order amending the prior order and restraining the subject child's removal from New York State and regarding the child's passports.

    Respectfully,

    Richard Min
    *Attorney for Petitioner*

cc:    All Counsel (by ECF)