UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZUHTU ONUR TATARI,

                  Petitioner,                  JUDGMENT
    v.                                                        24-CV-6930 (CBA) (LKE)

NEVA DURUST,

                  Respondent.
-------------------------------------------------------------X

       A Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, having been filed on January 29, 2025, granting Tatari's petition and ordering that O.T. be returned to Turkey within fourteen (14) days of the date of this Order; and directing the parties to meet and confer to discuss the logistics of O.T.'s return; it is

       ORDERED and ADJUDGED that Tatari's petition is granted; that O.T. is ordered to be returned to Turkey within fourteen (14) days of the date of this Order; that the parties are directed to meet and confer to discuss the logistics of O.T.'s return; that upon mutual consent of the parties, the date of O.T.'s return to Turkey can be extended; that the Clerk of Court has O.T.'s passport. (See Clerk's Docket Annotations dated Oct. 10, 2024 and Oct. 11, 2024.); and that within seven (7) days of this Order, the parties shall file a joint letter advising to whom the Clerk of Court should release the passport.

Dated: Brooklyn, New York                                         Brenna B. Mahoney
       February 3, 2025                                           Clerk of Court

                                                                  By:    */s/Jalitza Poveda*
                                                                          Deputy Clerk