**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

In the Matter of O.T.                              )
                                                   )
ZUHTU ONUR TATARI                                  )
                                                   )
                      Petitioner,                  )        Civil No. 1:24-cv-06930
                                                   )
        v.                                         )
                                                   )
NEVA DURUST                                        )
                                                   )
                      Respondent.                  )
_____               )

## NOTICE OF APPEAL

Notice is hereby given that Neva Durust, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order dated January 29, 2025 (ECF Dkt. #67) and Judgment dated February 3, 2025 (ECF Dkt. #69) granting Plaintiff's Petition for the Return of the Child to Turkey pursuant to the Convention on the Civil Aspects of International Child Abduction, done at The Hague Convention on October 25, 1980 and the International Child Abduction Remedies Act, 22 U.S.C. 9001 *et seq*.

Dated:  February 3, 2025

By:

 */s/ Brett S. Ward*_____
Brett S. Ward
Marilyn B. Chinitz
Andrew T. Hambelton
Paul H. Tzur
Alexa B. Lutchen
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 885-5568
brett.ward@blankrome.com

*Counsel for Respondent*