# GREEN KAMINER MIN & ROCKMORE LLP

**Manhattan**  
420 Lexington Ave., Ste 2821  
New York, New York 10170  
T.212.681.6400

**Long Island**  
600 Old Country Rd., Ste. 410  
Garden City, New York 11530  
T. 516.858.2115

February 11, 2025

<u>Via ECF</u>

Honorable Carol Bagley Amon  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East, Courtroom 10D South  
Brooklyn, New York 11201

  Re: *Tatari v. Durust*  
    <u>Case No. 1:24-cv-06930-CBA-SJB</u>

Dear Judge Amon:

  Counsel for Petitioner, Onur Tatari, submits this letter to respectfully request an extension of the deadline for the Petitioner to file for attorney's fees and costs in connection with the above-referenced matter.

  The evidentiary hearing for this matter was held before Your Honor on December 11, 2024 and December 12, 2024. On January 29, 2025, this Court issued a Memorandum & Order (the "Order") granting Petitioner's petition and ordering that O.T. be returned to Turkey within fourteen (14) days [ECF No. 67]. On February 3, 2025, the Respondent filed a Notice of Appeal [ECF No. 70] from this Court's Order and a motion to stay that order pending appeal. [ECF No. 70].

  The appeal of this matter will inevitably lead to further attorney's fees and costs for the Petitioner. For that reason, Petitioner is requesting an extension of the deadline to file for attorney's fees and costs until the appeal is concluded.

  On February 11, 2025, counsel for Petitioner asked counsel for Respondent if they had any objection to Petitioner seeking an extension of this deadline. Counsel for Respondent has not yet indicated whether they would consent to the deadline extension or not.

            Respectfully,

            /s/Richard Min  
            Richard Min  
            *Attorney for Petitioner*

cc:	All Counsel (by ECF)