# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of February, two thousand twenty-five.

Before:        Richard J. Sullivan,
                    *Circuit Judge.*

_____

Zuhtu Onur Tatari,

       Petitioner - Appellee,

v.

Neva Durust,

       Respondent - Appellant.

_____

**ORDER**

Docket No. 25-253

Appellant moves this Court to stay enforcement of the district court's Memorandum and Order dated January 29, 2025 and Judgment dated February 3, 2025 granting Appellee's petition for the return of the parties' child to Turkey, pending appeal.

IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary stay pending review by a three-Judge panel, the motion is GRANTED. The motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/18/2025